UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KIN FAI LING, <br> AH TONG, and <br> AH WAH, <br><br> Defendants. | No. CR03-38RSM <br><br><br><br> ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss, without prejudice, all pending charges in this matter as to defendant fugitives KIN FAI LING, AH TONG, and AH WAH.

IT IS HEREBY ORDERED:

The Indictment and all pending charges in the above-captioned case are dismissed, without prejudice.

//
//
//
//
//
//

*Order of Dismissal* -- 1
*U.S. v. Kin Fai Ling, et al.,* CR03-38RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrants shall be quashed.

DATED this 10th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

*Order of Dismissal* -- 2
*U.S. v. Kin Fai Ling, et al.,* CR03-38RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970